| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
|   | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | Two Embarcadero Center, Eight Floor |
|   | San Francisco, California 94111 |
| 3 | Telephone: (415) 576-0200 |
|   | Facsimile: (415) 576-0300 |
| 4 | Email: mmg@townsend.com |

Attorneys for Defendant
CONTINENTAL COMMERCIAL PRODUCTS, LLC

HARVEY SISKIND LLP
LAWRENCE J. SISKIND (State Bar No. 85628)
JUDITH M. SCHVIMMER (State Bar No. 230285)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124
Email: siskind@harveysiskind.com
jschvimmer@harveysiskind.com

Attorneys for Plaintiff
HARPER BRUSH WORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPER BRUSH WORKS, INC., | Civil Case No.: C 06-3562 (MJJ) |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| CONTINENTAL COMMERCIAL PRODUCTS, LLC, | |
| Defendant. | GRANTED |

The parties, by and through their counsel of record, hereby stipulate and agree that the the time in which defendant Continental Commercial Products, LLC's may answer or otherwise respond to the Complaint filed by plaintiff Harper Brush Works, Inc. shall be extended from July 26, 2006 to August 9, 2006. The reason for the extension is that the parties are working on settlement.

| | | |
|---|---|---|
| 1 | DATED: July 25, 2006 | Respectfully submitted, |
| 2 | | HARVEY SISKIND LLP |
| 4 | | By: /s/ Lawrence J. Siskind |
| 5 | |     Lawrence J. Siskind<br>    Judith M, Schvimmer |
| 6 | | Attorneys for Plaintiff<br>HARPER BRUSH WORKS, INC. |
| 8 | DATED: July 25, 2006 | Respectfully submitted, |
| 9 | | TOWNSEND AND TOWNSEND AND CREW LLP |
| 11 | | By: /s/ Marc M. Gorelnik |
| 12 | |     Marc M. Gorelnik |
| 13 | | Attorneys for Defendant<br>CONTINENTAL COMMERCIAL PRODUCTS, LLC |

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. Defendant Continental Commercial Products, LLC's time to file and serve an Answer or to otherwise respond to the Complaint is extended to August 9, 2006.

Dated: July 28, 2006

_/s/ Martin J. Jenkins_
Honorable Martin J. Jenkins

STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Civil Case No. C 06-3562 (MJJ)

2