1 | HARVEY SISKIND LLP
Lawrence J. Siskind (State Bar No. 85628)
2 | Judith M. Schvimmer (State Bar No. 230285)
Four Embarcadero Center, 39th Floor
3 | San Francisco, California 94111
4 | (415) 354-0100
(415) 391-7124 (facsimile)
5 | Email: siskind@harveysiskind.com
   jschvimmer@harveysiskind.com
6 |
7 | Attorneys for Plaintiff Harper Brush Works, Inc.

8 | TOWNSEND AND TOWNSEND AND CREW LLP
Marc M. Gorelnik (State Bar No. 166833)
9 | Two Embarcadero Center, Eight Floor
San Francisco, California 94111
10 | (415) 576-0200
11 | (415) 576-0300 (facsimile)
Email: mmg@townsend.com
12 |
Attorneys for Defendant Continental Commercial Products, LLC
13 |
14 | UNITED STATES DISTRICT COURT
15 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
16 | SAN FRANCISCO DIVISION
17 |

| HARPER BRUSH WORKS, INC., | Civil Case No.: C 06 3562 (MJJ) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO ANSWER COMPLAINT** |
| CONTINENTAL COMMERICAL PRODUCTS, LLC | |
| Defendant. | GRANTED |

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME
TO ANSWER COMPLAINT
Civil Case No. C 06-3562 (MJJ)                                                   Page 1 of 3

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that the Initial Case Management Conference currently scheduled for September 5, 2006, be continued for a period of 30 days pursuant to Civil L.R. 6-2. The new date of the Initial Case Management Conference shall be no earlier than October 5, 2006.

Accordingly, the events associated with the Initial Case Management Conference shall be continued for a period of 30 days. Specifically, the last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, as well as the last day to file ADR Certification signed by parties and counsel and the last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be continued from August 15, 2006 to 21 days before the continued Case Management Conference, *i.e.,* no earlier than September 15, 2006. The last day to complete initial disclosures or state objections in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report shall be continued from August 29, 2006 to 7 days before the continued Case Management Conference, , *i.e.,* no earlier than September 29, 2006.

It is further stipulated by and among the parties that the time in which defendant Continental Commercial Products, LLC must answer or otherwise respond to the Complaint filed by plaintiff Harper Brush Works, Inc. shall be extended 30 days from August 9, 2006 to September 11, 2006. The time in which Continental is to respond to the Complaint has been extended once before, from July 26, 2006 to August 9, 2006.

The parties declare, through their undersigned counsel, that the continuation and extension of times detailed above are requested because the parties anticipate an imminent settlement of all claims associated with this litigation. The parties are currently finalizing a settlement agreement which they expect to execute in the coming days.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2006 | Respectfully submitted, |
| 2 | | HARVEY SISKIND LLP |
| 3 | | By: /s/ Judith M. Schvimmer |
| 4 | | Lawrence J. Siskind<br>Judith M. Schvimmer |
| 5 | | Attorneys for Plaintiff<br>HARPER BRUSH WORKS, INC. |

Dated: August 9, 2006                Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Marc M. Gorelnik
    Marc M. Gorelnik

Attorneys for Defendant
CONTINENTAL COMMERCIAL PRODUCTS, LLC

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference shall occur on ~~or after October 5~~ October 17, 2006, and all associated deadlines shall be continued accordingly. Defendant Continental Commercial Products, LLC's time to file and serve an Answer or to otherwise respond to the Complaint is extended to September 11, 2006.

Dated: August 22, 2006

_____
United States District Judge
Martin J. Jenkins