HARVEY SISKIND LLP
Lawrence J. Siskind (State Bar No. 85628)
Judith M. Schvimmer (State Bar No. 230285)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
(415) 354-0100
(415) 391-7124 (facsimile)
Email: siskind@harveysiskind.com
       jschvimmer@harveysiskind.com

Attorneys for Plaintiff Harper Brush Works, Inc.

TOWNSEND AND TOWNSEND AND CREW LLP
Marc M. Gorelnik (State Bar No. 166833)
Two Embarcadero Center, Eight Floor
San Francisco, California 94111
(415) 576-0200
(415) 576-0300 (facsimile)
Email: mmg@townsend.com

Attorneys for Defendant Continental Commercial Products, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARPER BRUSH WORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL COMMERICAL PRODUCTS, LLC <br><br> Defendant. | **Civil Case No.:** C 06 3562 (MJJ) <br><br> **STIPULATION AND ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a)** <br><br> GRANTED |

STIPULATION AND ORDER TRANSFERRING VENUE UNDER 28 U.S.C. § 1404(a)

Civil Case No. C 06-3562 (MJJ)                                                                 Page 1 of 3

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that the present action for the convenience of parties and witnesses, in the interest of justice, be transferred to the Northern District of Illinois, Eastern Division.

28 U.S.C. § 1404(a) permits the Court to "transfer any civil action to any other district or division where it might have been brought," "for the convenience of parties and witnesses, in the interest of justice." Plaintiff Harper Brush Works, Inc. ("Harper") is an Iowa corporation with a principal place of business in Fairfield, Iowa. Lead counsel for Harper, Welsh & Katz, Ltd., is located in Chicago, Illinois. Defendant Continental Commercial Products, LLC ("Continental") is a Delaware limited liability company with a principal place of business in St. Louis, Missouri. Lead counsel for Continental, Thompson Coburn LLP, is likewise located in St. Louis, Missouri.

Many of the witnesses who would have to testify in this action, if it were to proceed to trial, are located in the three-state contiguous area consisting of Illinois, Iowa, and Missouri. Continental acknowledges that this action could have been brought in the Northern District of Illinois. Therefore, for the convenience of the parties and witnesses, the parties stipulate that the present action be transferred to the U.S. District Court for the Northern District of Illinois, Eastern Division.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 19, 2006 | Respectfully submitted, |
| 2 | | HARVEY SISKIND LLP |
| 3 | | By: /s/ Judith M. Schvimmer |
| 4 | | Lawrence J. Siskind<br>Judith M. Schvimmer |
| 5 | | Attorneys for Plaintiff |
| 6 | | HARPER BRUSH WORKS, INC. |

Dated: September 19, 2006        Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Marc M. Gorelnik
    Marc M. Gorelnik

Attorneys for Defendant
CONTINENTAL COMMERCIAL PRODUCTS, LLC

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED. The present action is hereby transferred to the U.S. District Court for the Northern District of Illinois, Eastern Division.

Dated: September 25, 2006

_____
United States District Judge
Martin J. Jenkins